IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERIF ALBERT DDS, P.C, d/b/a ESPLANADE DENTAL CARE, ALBERT DENTAL PROFESSIONALS, P.C., d/b/a ATRIUM FAMILY DENTAL and ALBERT AND ALBERT DENTAL HEALTH ASSOCIATES, LTD., d/b/a BRUSH PEDIATRIC DENTISTRY, <br><br> Plaintiffs, <br><br> v. <br><br> THE CINCINNATI INSURANCE COMPANIES, THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI INDEMNITY COMPANY, THE CINCINNATI CASUALTY COMPANY and THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY <br><br> Defendants. | Case No.: 1:21-cv-004672 |

**DEFENDANT THE CINCINNATI INSURANCE COMPANY'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant The Cincinnati Insurance Company hereby moves the Court to dismiss Plaintiffs' Complaint at Law (Doc. #1) for failure to state a claim upon which relief can be granted. A Memorandum in Support of this Motion follows. Defendant respectfully requests that the Court grant oral argument on this Motion.

Respectfully submitted by:

/s/ Brian M. Reid
Brian M. Reid
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
T: 312.781.6617
F: 312.781.6630
Reid@LitchfieldCavo.com
*Attorneys for Defendant The Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

I, Brian M. Reid, hereby certify that on November 9, 2021, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Brian M. Reid