# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Sherif Albert DDS, P.C.,

Plaintiff(s),

v.

The Cincinnati Insurance Company,

Defendant(s).

Case No. 21-cv-4672
Judge Nancy L. Maldonado

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Court granted Defendant's motion to dismiss, and Plaintiffs failed to file an amended complaint by the Court's deadline. This case is dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Nancy L. Maldonado on a motion / order dated 4/26/23.


Date:  4/26/2023                                         Thomas G. Bruton, Clerk of Court

                                                         Carmen Acevedo , Deputy Clerk